UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21285-CIV-WILLIAMS

HECTOR M. ROJAS,

    Plaintiff,

v.

TASCA DE ESPANA LLC, *et. al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' joint motion for approval of their FLSA settlement. (DE 19).

In this Fair Labor Standards Act (FLSA) action, the Parties request that the Court approve their Settlement Agreement. To approve the Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

The Settlement Agreement, provided to the Court by the Parties, states that Plaintiff will receive the total gross sum of $6,000 for wages and liquidated damages and that Plaintiff's counsel will receive $5,000 in fees and costs. (DE 19-1). The Court finds

that the compromise reached by the Parties is a fair and reasonable resolution of this dispute.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) The Parties' Settlement Agreement is **APPROVED**.

(2) This action is **DISMISSED WITH PREJUDICE** each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

(3) The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

(4) All pending motions are **DENIED AS MOOT.**

(5) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 18th day of July, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE